UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM BALDWIN<br>Petitioner, | :<br>:<br>: | CIVIL ACTION NO.<br>3:11-CV-1420 (JCH) |
| v. | :<br>: | |
| UNITED STATES OF AMERICA,<br>Respondent. | :<br>: | APRIL 10, 2013 |

**RULING RE: MOTION FOR CERTIFICATE OF APPEALABILITY (DOC. NO. 7)**

On February 13, 2013, this court denied William Baldwin's ("Baldwin's") Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1). See (Doc. No. 6). Baldwin filed a Notice of Appeal (Doc. No. 7), which the court will construe as a Motion for Certificate of Appealability. See 28 U.S.C. § 2253(c)(1)(B) ("Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from the final order in a proceeding under section 2255."); Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012) (stating the district court has the authority to grant a certificate of appealability of the denial of a section 2255 petition). "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Upon reviewing Baldwin's Motion to Vacate, Set Aside, or Correct Sentence and the court's subsequent Ruling, the court concludes that petitioner has not shown that he was denied a constitutionally or federally protected right. Thus, any appeal from the court's Ruling would not be taken in good faith and a certificate of appealability will not issue. Baldwin's Motion (Doc. No. 7) is DENIED.

**SO ORDERED.**

    Dated at New Haven, Connecticut, this 10th day of April, 2013.

                                                        /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge