**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM BAldwin | : | CIVIL ACTION NO. |
| Petitioner, | : | 3:11-CV-1420 (JCH) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | APRIL 10, 2013 |
| Respondent. | : | |

**RULING RE: MOTION FOR CERTIFICATE OF APPEALABILITY (DOC. NO. 7)**

On February 13, 2013, this court denied William Baldwin's ("Baldwin's") Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1). See (Doc. No. 6). Baldwin filed a Notice of Appeal (Doc. No. 7), which the court will construe as a Motion for Certificate of Appealability. See 28 U.S.C. § 2253(c)(1)(B) ("Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from the final order in a proceeding under section 2255."); Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012) (stating the district court has the authority to grant a certificate of appealability of the denial of a section 2255 petition). "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Upon reviewing Baldwin's Motion to Vacate, Set Aside, or Correct Sentence and the court's subsequent Ruling, the court concludes that petitioner has not shown that he was denied a constitutionally or federally protected right. Thus, any appeal from the court's Ruling would not be taken in good faith and a certificate of appealability will not issue. Baldwin's Motion (Doc. No. 7) is DENIED.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 10th day of April, 2013.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge